

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1

2   FARHAD NOVIAN, ESQ. (SBN 118129)
    farhad@novianlaw.com
3   WILLIAM R.H. MOSHER, ESQ. (SBN 228253)
    mosher@novianlaw.com
4   NOVIAN & NOVIAN, LLP
    Attorneys at Law
5   1801 Century Park East, Suite 1201
    Los Angeles, California 90067
6   Telephone:   (310) 553-1222
7   Facsimile:    (310) 553-0222

8   Attorneys for Plaintiff, Robert Matheu

Priority
Send
Enter
Closed
JS-5/JS-6   X
JS-2/JS-3
Scan Only

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13   ROBERT MATHEU, an individual,          ) CASE NO.: CV 10-214 CAS (PJWx)
                                            )
14              Plaintiff,                  ) [Assigned for all purposes to Courtroom
                                            ) 5, the Honorable Christina A. Snyder,
15        v.                                ) Judge Presiding]
                                            )
16                                          )
     FOREVER 21, INC., a Delaware           )
17   Corporation; FOREVER 21 RETAIL,        ) [PROPOSED] ORDER RE
18   INC., a California Corporation;         ) DISMISSAL
     REALITEE CLOTHING CO., INC., a         )
19   California Corporation; and DOES 1-    )
20   10, inclusive,                         ) Complaint Filed: January 12, 2010
                                            ) Trial Date: None Set
21                                          )
                Defendants.                 )
22                                          )
     _____       )

23                    .

24

25

26

27

28

                          [PROPOSED] ORDER RE DISMISSAL

1    PURSUANT TO STIPULATION AND FOR GOOD CAUSE APPEARING,
2  THE COURT ORDERS AS FOLLOWS:

4    1.    As to Defendants FOREVER 21, INC. and FOREVER 21 RETAIL,
5          INC., and each of them, the action in the United States District Court for
6          the Central District of California, bearing case number CV 10-214 CAS
7          (PJWx) ("Action"), shall be dismissed with prejudice; and
8    2.    As to all other defendants, and each of them, the Action shall be
9          dismissed without prejudice.

11 **IT IS SO ORDERED.**

13 DATED: ~~May/June~~ October 21, 2010

15                        _Christina A. Snyder_
16                        HON. CHRISTINA A. SNYDER